UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CHRISTOPHER W. WALTERS, # 85066**                                   **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 2:22cv76-KS-MTP**

**DONALD ROGERS**                                                     **DEFENDANT**

## ORDER DENYING MOTION FOR JUDICIAL NOTICE

BEFORE THE COURT is pro se Plaintiff Christopher W. Walters's Motion for Judicial Notice of Adjudicative Facts [41]. The Court dismissed this case on November 30, 2022. The instant motion was mailed the next day and received by the Court on January 10, 2023. Walters asks the Court to take judicial notice of various allegations. Because the case was already dismissed, the motion is not well taken and is denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that pro se Plaintiff Christopher W. Walters's Motion for Judicial Notice of Adjudicative Facts [41] is **DENIED AS MOOT.**

**SO ORDERED**, this the __13th___ day of February, 2023.

                                                                                                          s/Keith Starrett
                                                                       UNITED STATES DISTRICT JUDGE